FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 2 4 2012

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMARCUS CURRY; ) <br> ROXANNE CURRY; ) <br> PAUL MIRANDA; and ) <br> KIMBERLIE MIRANDA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL FOOTBALL ) <br> LEAGUE, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> Case No. 1:12-CV-3269-ODE |

### [PROPOSED] ORDER

Having considered *Defendant's Motion on Consent for An Extension of Time to Respond to Plaintiffs' Complaint*, and for good cause shown, the NFL's Motion is hereby GRANTED. The new deadline for the NFL to answer or otherwise respond to Plaintiffs' Complaint is November 11, 2012.

IT IS SO ORDERED this 24 day of September, 2012.

_____
Orinda D. Evans,
United States District Judge